# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL HERNANDEZ,<br><br>Plaintiff,<br><br>vs.<br><br>TAE YOUNG KIM; and DOES 1 to 10,<br><br>Defendants. | **Case No.: CV 20-4974-DMG (Ex)**<br><br>**ORDER RE STIPULATION FOR DISMISSAL OF ENTIRE ACTION [15]** |

Based on the parties' stipulation and for good cause shown:

IT IS HEREBY ORDERED that the above-captioned action is dismissed with prejudice, in its entirety. The parties shall bear their own fees and costs.

DATED: October 6, 2020

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE